|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.    **CV 08-8660-JFW (AJWx)**                                                    Date:  July 21, 2009

Title:    Charlotte Janis -v- J.B. Hunt Transportation, Inc. Employee Welfare Benefit Plan

**PRESENT:**

       HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**             **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                                                              None

**PROCEEDINGS (IN CHAMBERS):**        ORDER DISMISSING ACTION WITHOUT PREJUDICE
                                                                         FOR FAILURE TO COMPLY WITH COURT ORDER

      Pursuant to the Court's Order ("Order") filed on June 5, 2009,  the parties were ordered to comply with Rule 26(f) of the Federal Rules of Civil Procedure and to file a Joint Rule 26(f) Report on or before July 13, 2009.  However, the parties have violated the Court's Order by failing to timely file the Joint Rule 26(f) Report.

      As a result of this violation of the Court's Order, this action is hereby **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir. 1992).   The Scheduling Conference scheduled for July 27, 2009 at 8:30 a.m. is hereby vacated.

      IT IS SO ORDERED.

      The Clerk shall serve a copy of this Minute Order on all parties to this action.